UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DIAZ and LINDA DIAZ,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>Defendants. | Case No. 8:23-cv-08605-SVW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 32). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

1  IT IS THEREFORE ORDERED that Judgment be entered dismissing the
2  Complaint with prejudice and without leave to amend.

5  DATED:  October 9, 2024          _____
                                    STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE