JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DIAZ and LINDA DIAZ, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING LLC, et al., <br><br> Defendants. | Case No. 8:23-cv-08605-SVW-KES <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: October 9, 2024     _____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE